IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE JOHNSON and <br> DENNIS JOHNSON, <br>         Plaintiffs, <br>     v. <br> EISAI, INC., EISAI CO., LTD, ARENA PHARMACEUTICALS, INC., and ARENA PHARMACEUTICALS GMBH, <br>         Defendants. | CASE NO. 4:21-cv-00876 <br><br> JUDGE JOHN R. ADAMS |

**DEFENDANT EISAI INC.'S MOTION FOR PARTIAL DISMISSAL OF THE COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND 9(b)**

Defendant Eisai Inc. ("Eisai"), by and through counsel, respectfully requests partial dismissal of the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). First, the Court should dismiss Plaintiffs' claim under the Ohio Products Liability Act ("OPLA") based on an alleged design defect (Count I) because that claim is preempted by federal law. Second, the Court should dismiss Plaintiffs' OPLA claim based on alleged failure to provide an adequate warning (Count I) to the extent it is based on Defendants' alleged communications with Plaintiff because, under the learned intermediary doctrine, a prescription pharmaceutical manufacturer satisfies his duty to warn of dangers associated with use of the product by providing adequate warnings to the medical profession, and not the ultimate user. Third, the Court should dismiss Plaintiffs' OPLA claim based on an alleged failure to conform to representations (Count II) because Plaintiffs' allegations are conclusory and insufficient to support a failure to conform claim. Fourth, the Court should dismiss Plaintiffs' breach of express and implied warranty claims under the Uniform Commercial Code ("UCC") (Counts III and IV) because Plaintiffs have failed to allege that they provided pre-suit notice of the alleged breaches to Defendants as Ohio law

1

requires. Fifth, Plaintiffs' fraudulent misrepresentation claim (Count V) fails to allege the time, specific content, or identity of the parties allegedly making the false representations and is therefore subject to dismissal under Rule 9(b). Finally, the Court should strike Plaintiffs' demand for punitive damages because the OPLA bars punitive damages where, as here, the drug or device that allegedly caused harm was "manufactured and labeled in relevant and material respects in accordance with the terms of an approval or license issued by the [FDA] under the [FDCA]." Ohio Rev. Code § 2307.80(C)(1)(a).

      A Brief in Support of this Motion is attached hereto and incorporated by reference herein.

Dated: June 25, 2021                                      Respectfully submitted,

                                                                       */s/ Jennifer L. Steinmetz*
                                                                       Jennifer L. Steinmetz (0088589)
                                                                       Edward E. Taber (0066707)
                                                                       Tucker Ellis LLP
                                                                       950 Main Avenue
                                                                       Suite 1100
                                                                       Cleveland, OH 44113-7213
                                                                       Tel:    216.592.5000
                                                                       Fax:    216.592.5009
                                                                       E-mail:   jennifer.steinmetz@tuckerellis.com
                                                                                                     Edward.taber@tuckerellis.com

                                                                       *Attorneys for Defendants Eisai, Inc. and Eisai Co., Ltd*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2021, a copy of the foregoing *Defendant Eisai Inc.'s Motion for Partial Dismissal* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Richard W. Schulte  *Attorney for Plaintiffs*
Wright & Schulte, LLC
865 Dixie Dr.
Vandalia, OH 45377
(937) 435-7500
rschulte@yourlegalhelp.com

Joyce D. Edelman  *Attorney for Arena Pharmaceuticals*
Porter, Wright, Morris & Arthur
41 South High Street, 29th Floor
Columbus, OH 43215
(614) 227-2083
jedelman@porterwright.com

*/s/ Jennifer L. Steinmetz*
Jennifer L. Steinmetz (0088589)

*One of the Attorneys for Defendants Eisai, Inc. and Eisai Co., Ltd*

5192463.1